IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG ELECTRONICS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. |
| | ) | |
| | ) | |
| BLU PRODUCTS, INC., | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff LG Electronics, Inc. ("LGE"), by and through the undersigned counsel, hereby move for an order permitting the filing of a Complaint (with confidential exhibits) under seal. The grounds for this motion are as follows:

1. This is an action for patent infringement brought against BLU Products, Inc. ("BLU").

2. BLU has been selling LTE mobile devices in the United States and around the world, and those devices are covered by LGE's patents.

3. Starting in March 2016, LGE repeatedly contacted BLU to inform BLU of LGE's portfolio of standards-essential patents and LGE's willingness to grant BLU a license on fair, reasonable, and non-discriminatory terms ("FRAND"). These communications included four letters, with listings of LGE's exemplary standards-essential patents, claim charts explaining how BLU's products infringed many of those patents, and a nondisclosure agreement ("NDA") for disclosing LGE's FRAND terms.

   4.  The Court is vested with the power to protect LGE's confidential information and in its "sound discretion … to be exercised in light of the relevant facts and circumstances." *Nixon v. Warne Communications*, 435 U.S. 589, 598 (1978). The Court should exercise its discretion because the harm that would result to LGE from the disclosure of its confidential information outweighs any interest the public might have in accessing information to which they would not otherwise be entitled. *See In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001).

   5.  Portions of the Complaint refer to exhibits 8C, 10C, 12C, 14C, and 16C of LGE's which are the letters and NDA that LGE sent to BLU over the past year.  This information is LGE confidential information that is not available through a public source.  LGE would be harmed if this information became widely known.  LGE therefore respectfully requests that the Court grant this Motion to file the Complaint and related exhibits under seal.

               ASHBY & GEDDES

               */s/ John G. Day*

               _____
               John G. Day (#2403)
               Andrew C. Mayo (#5207)
               500 Delaware Avenue, 8th Floor
               P.O. Box 1150
               Wilmington, Delaware 19801
               (302) 654-1888
               jday@ashby-geddes.com
*Of Counsel:*           amayo@ashby-geddes.com

Gerald F. Ivey           *Attorneys for Plaintiff*
Anand K. Sharma
Aliza George Carrano
J. Preston Long
FINNEGAN, HENDERSON, FARABOW,
GARRETT, & DUNNER L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001-4413
(202) 408-4000

Charles H. Suh
Minjae Kang
Yi Yu
FINNEGAN, HENDERSON, FARABOW,
GARRETT, & DUNNER L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190
(571) 203-2700


March 27, 2017